JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| PETER TADROS,<br><br>　　　　Plaintiff(s),<br><br>v<br><br>MOUNT VERNON FIRE INSURANCE COMPANY, ET AL,<br><br>　　　　Defendant(s) | CASE NO. SA CV 14-1959-DOC (DFMx)<br><br>**ORDER DISMISSING CIVIL CASE** |

The Court having been notified by counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice with the right, upon showing of good cause by **July 1, 2015** to reopen this action if settlement is not consummated.

IT IS SO ORDERED.

*/s/ David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Dated: May 20, 2015